IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN A. PLAVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CA 5-1233 |
| | ) | |
| PITTSBURGH LEADERSHIP FOUNDATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this **8th day of February, 2007**, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, **ORDERED** that the above-captioned action is **DISMISSED** _with prejudice_ pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is consented to this **8th day of February, 2007.**

BY THE COURT:

_Donetta W. Ambrose_
Donetta W. Ambrose,
Chief U. S. District Judge

_____          _____
Attorney for Plaintiffs                         Attorney for Defendant

1